Nathan G. Kanute, Esq.
Nevada Bar No. 12413
SNELL & WILMER L.L.P.
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada 89169
Telephone: (702) 784-5200
Facsimile: (702) 784-5252
Email: nkanute@swlaw.com

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| WB MUSIC CORP.; MILKSONGS; RAY VAUGHAN MUSIC, INC., and REALSONGS; <br><br> Plaintiffs, <br><br> vs. <br><br> TRM HOSPITALITY LLC, D/B/A LEGENDS SPORTS BAR & GRILL, and JAMES H. MURPHY, <br><br> Defendants. | Case No. 2:18-cv-02147-JCM-CWH <br><br> **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

THIS STIPULATION is entered into by and among WB Music Corp., Milksongs, Ray Vaughan Music, Inc., and RealSongs (collectively, "Plaintiffs"), and James H. Murphy, for himself, and on behalf of TRM Hospitality LLC, d/b/a Legends Sports Bar & Grill (the "Defendants," and together with Plaintiffs, the "Parties"), by and through their respective counsel, stipulate and agree as follows:

1. That this action and all claims amongst the Parties shall be dismissed with prejudice;

2. That any outstanding hearings and deadlines shall be vacated; and

3. That the Parties shall bear their own attorneys' fees and costs associated with this action.

/ / /

Dated as of August 7, 2019.

SNELL & WILMER L.L.P.

By: */s/ Nathan G. Kanute*
Nathan G. Kanute (NV Bar 12413)
3883 Howard Hughes Parkway, Ste 1100
Las Vegas, Nevada 89169
*Attorneys for Plaintiffs*

Dated as of August 7, 2019.

LAW OFFICE OF STERLING P. KERR, P.C.

By: */s/ Peter R. Pratt (with permission)*
Sterling P. Kerr, Esq. (NV Bar 3978)
Peter R. Pratt, Esq. (NV Bar 6458)
2450 St. Rose Parkway, Suite 120
Henderson, Nevada 89074
*Attorneys for Defendants*

## **ORDER**

**IT IS SO ORDERED.**

DATED August 9, 2019.

_____
UNITED STATES DISTRICT JUDGE

Respectfully submitted,

SNELL & WILMER L.L.P.

*/s/ Nathan G. Kanute*
Nathan G. Kanute (NV Bar No. 12413)
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV 89169
Telephone: 775.785.5419
*Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that on August 7, 2019, I electronically filed the foregoing **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** with the Clerk of Court for the U.S. District Court, District of Nevada by using the Court's CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

DATED: August 7, 2019.

                                                              */s/ Lara J. Taylor*
                                                   An Employee of Snell & Wilmer L.L.P.